IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD EUGENE WILLIAMS,       )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )       2:24cv4-MHT
                              )          (WO)
MEGAN FULGHUM and MRS.        )
OUSLEY, in their official     )
and individual capacities,    )
                              )
     Defendants.              )
```

## DISMISSAL ORDER

Upon consideration of plaintiff's "Motion of Voluntary Dismissal" (Doc. 11), which the court construes as a motion to dismiss all claims against defendant Mrs. Ousley pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that:

(1) The motion is granted.

(2) All claims against defendant Ousley are dismissed without prejudice, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 7th day of May, 2024.

                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE